AO 245E (Rev. 9/00) - Judgment in a Criminal Case for Organizational Defendants

# United States District Court
## Northern District of California

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**v.**<br>**HYNIX SEMICONDUCTOR INC.** | **JUDGMENT IN A CRIMINAL CASE**<br>(For Organizational Defendants)<br><br>Case Number:     CR-05-0249 PJH<br><br><br>Michael F. Tubach and Christopher Hales<br>Defendant Organization's Attorney |

## THE DEFENDANT ORGANIZATION:

[**x**]       pleaded guilty to count(s): <u>One of the Information</u> .

[ ]       pleaded nolo contendere to count(s) __ which was accepted by the court.

[ ]       was found guilty on count(s) __ after a plea of not guilty.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s).

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 15 U.S.C. §1 | Price Fixing | 6/15/02 | One |

The defendant organization is sentenced as provided in pages 2 through  4  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]       The defendant organization has been found not guilty on count(s)  __ .

[ ]       Count(s) __ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant organization shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant organization shall notify the court and United States attorney of any material change in the organization's economic circumstances.

Defendant Organization's Federal Employer I.D.:

Defendant Organization's <u>Principal Business Address</u>:
891 Daechi-Dong Kangnam-Gu
Seoul, Korea 135-738

Defendant Organization's  <u>Mailing Address</u>:
891 Daechi-Dong Kangnam-Gu
Seoul, Korea 135-738

| |
|---|
| 5/11/05 |
| Date of Imposition of Judgment |
| Signature of Judicial Officer |
| Honorable Phyllis J. Hamilton, U. S. District Judge |
| Name & Title of Judicial Officer |
| 5/16/05 |
| Date |

AO 245E (Rev. 3/01) -Criminal Monetary Penalties

| | | |
|---|---|---|
| DEFENDANT: | HYNIX SEMICONDUCTOR INC. | Judgment - Page 2 of 4 |
| CASE NUMBER: | CR-05-0249 PJH | |

## CRIMINAL MONETARY PENALTIES

   The defendant organization shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in this judgment.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 400.00 | $ 185 million | $ n/a |

[ ]   The determination of restitution is deferred until  _. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[ ]   The defendant shall make restitution (including community restitution) to the following payees in the amounts listed below.

   If the defendant organization makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Totals: | $ _ | $ _ | |

[ ]   If applicable, restitution amount ordered pursuant to plea agreement $ _

[ ]   The defendant organization shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the Schedule of Payment Page, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[ ]   The court determined that the defendant organization does not have the ability to pay interest, and it is ordered that:

[x]   the interest requirement is waived for the     [ x ] fine and/or    [ ] restitution.

[ ]   the interest requirement for the     [ ] fine and/or    [ ] restitution is modified as follows:

 * Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 United States Code for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245E (Rev. 3/01) -Criminal Monetary Penalties

| | |
|---|---|
| DEFENDANT:          HYNIX SEMICONDUCTOR INC. | Judgment - Page 3  of  4 |
| CASE NUMBER:     CR-05-0249 PJH | |

# SCHEDULE OF PAYMENTS

Having assessed the organization's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A  [x]   Lump sum payment of $400 special assessment due immediately, balance due

[ ]    not later than ____, or

[x]   in accordance with ( ) C, ( ) D, or (x) E below; or

B   []    Payment to begin immediately (may be combined with ( ) C,   ( ) D, or ( ) E below); or

C   []    Payment in _  (e.g. equal, weekly, monthly, quarterly) installments of $ _ over a period of _ (e.g., months or year(s)), to commence _ (e.g., 30 or 60 days) after the date of this judgment; or

D   []    Payment in _  (e.g. equal, weekly, monthly, quarterly) installments of $ _ over a period of _ (e.g., months or year(s)), to commence _ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E   [x]   Special instructions regarding the payment of criminal monetary penalties:
Fine in the amount of $185 million dollars to be paid in the following installments: within 30 days of imposition of sentence- $10 million; at the one-year anniversary of imposition of sentence-$35 million; at the two-year anniversary of imposition of sentence-$35 million; at the three-year anniversary of imposition of sentence-$35 million; at the four-year anniversary of imposition of sentence-$35 million; at the five-year anniversary of imposition of sentence-$35 million.  Defendant has the option at any time before the five-year anniversary of prepaying the remaining balance of the fine.

All criminal monetary penalties are made to the clerk of court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant organization shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[]    Joint and Several

| Case Number (including Defendant Number) | Defendant Name | Joint and Several Amount |
|---|---|---|

[]    The defendant organization shall pay the cost of prosecution.

[]    The defendant organization shall pay the following court cost(s):

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, (8) costs, including cost of prosecution and court costs.

AO 245E (Rev. 3/01) -Criminal Monetary Penalties

DEFENDANT:        HYNIX SEMICONDUCTOR INC.                          Judgment - Page 4  of  4
CASE NUMBER:      CR-05-0249 PJH

[]    The defendant organization shall forfeit the defendant organization's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, (8) costs, including cost of prosecution and court costs.