1  NIALL E. LYNCH (State Bar No. 157959)
   NATHANAEL M. COUSINS (State Bar No. 177944)
2  MAY Y. LEE (State Bar No. 209366)
   BRIGID S. BIERMANN (State Bar No. 231705)
3  Antitrust Division
   U.S. Department of Justice
4  450 Golden Gate Avenue
   Box 36046, Room 10-0101
5  San Francisco, CA  94102
   Telephone:  (415) 436-6660
6
7  Attorneys for the United States

8                  UNITED STATES DISTRICT COURT
9                 NORTHERN DISTRICT OF CALIFORNIA
10                    SAN FRANCISCO DIVISION

11   UNITED STATES OF AMERICA           )   [~~PROPOSED~~] ORDER
                                        )   ON STIPULATED NOTICE
12                                      )   OF RELATED CASE
                                        )   IN A CRIMINAL ACTION
13           v.                         )
                                        )   Case No. CR 06-059 MMC
14                                      )
     ELPIDA MEMORY, INC.,               )
15                                      )
                   Defendant.           )
16   _____)
                                        )
17                                      )
     UNITED STATES OF AMERICA           )
18                                      )
             v.                         )   Case No. CR 05-643 PJH
19                                      )
     SAMSUNG ELECTRONICS COMPANY,       )
20   LIMITED and SAMSUNG SEMICONDUCTOR, )
      INC.,                             )
21                                      )
                   Defendants.          )
22   _____)

23                                      )
                                        )
24   UNITED STATES OF AMERICA           )
                                        )
25           v.                         )   Case No. CR 05-249 PJH
                                        )
26   HYNIX SEMICONDUCTOR INC.,          )
                                        )
27                 Defendant.           )
     _____)
28

     PROPOSED ORDER: CR 06-059

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA ) | |
| 2 | ) | |
| 3 | v. ) | |
| 4 | INFINEON TECHNOLOGIES AG, ) | Case No. CR 04-299 PJH |
| 5 | Defendant. ) | |
| 6 | UNITED STATES OF AMERICA ) | |
| 7 | v. ) | |
| 8 | T. RUDD CORWIN; HEINRICH FLORIAN; ) GÜNTER HEFNER; and PETER SCHAEFER, ) | |
| 9 | Defendants. ) | Case No. CR 04-397 PJH |

**[PROPOSED] ORDER**

This Court has considered the Stipulated Notice of Related Case in a Criminal Action under Crim. L. R. 8-1, jointly filed by the United States and Elpida Memory, Inc. Because the assignment of <u>United States v. Elpida Memory, Inc.</u>, CR 06-059 (MMC), to Judge Phyllis J. Hamilton is likely to conserve judicial resources and promote an efficient determination of the action, it is ordered that this case is transferred to Judge Hamilton.

Date: _February 7_, 2006

IT IS SO ORDERED
Judge Phyllis J. Hamilton
U.S. District Court, Northern District of California

PROPOSED ORDER: CR 06-059         2