NIALL E. LYNCH (State Bar No. 157959)
NATHANAEL M. COUSINS (State Bar No. 177944)
MAY Y. LEE (State Bar No. 209366)
BRIGID S. BIERMANN (State Bar No. 231705)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 436-6660

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SUN WOO LEE; YEONGHO KANG; and YOUNG WOO LEE,<br><br>        Defendants. | Case No. CR 06-0180 CRB<br><br>STIPULATED NOTICE OF RELATED CASES IN A CRIMINAL ACTION; and P~~ROPOSED~~ ORDER |
| UNITED STATES OF AMERICA<br><br>v.<br><br>D.S. KIM, C.K. CHUNG, K.C. SUH, and C.Y. CHOI,<br><br>        Defendants. | Case No. CR 06-126 PJH |
| UNITED STATES OF AMERICA<br><br>v.<br><br>ELPIDA MEMORY, INC.,<br><br>        Defendant. | Case No. CR 06-0059 PJH |

///

///

[CAPTION CONTINUES ON NEXT PAGE]

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA | |
| 2 | v. | Case No. CR 05-643 PJH |
| 3 | SAMSUNG ELECTRONICS COMPANY, LIMITED and SAMSUNG SEMICONDUCTOR, INC., | |
| 4 | | |
| 5 | Defendants. | |
| 6 | | |
| 7 | UNITED STATES OF AMERICA | |
| 8 | v. | Case No. CR 05-249 PJH |
| 9 | HYNIX SEMICONDUCTOR INC., | |
| 10 | Defendant. | |
| 11 | UNITED STATES OF AMERICA | |
| 12 | v. | Case No. CR 04-299 PJH |
| 13 | INFINEON TECHNOLOGIES AG, | |
| 14 | Defendant. | |
| 15 | UNITED STATES OF AMERICA | |
| 16 | v. | Case No. CR 04-397 PJH |
| 17 | T. RUDD CORWIN; HEINRICH FLORIAN; GÜNTER HEFNER; and PETER SCHAEFER, | |
| 18 | | |
| 19 | Defendants. | |

Under Crim. L. R. 8-1, the United States and Sun Woo Lee, Yeongho Kang, and Young Woo Lee ("Samsung Defendants"), file this Stipulated Notice of Related Cases in a Criminal Action for this criminal case, <u>United States v. Sun Woo Lee, Yeongho Kang, and Young Woo Lee</u>, to six previously filed criminal cases assigned to Judge Phyllis J. Hamilton, <u>United States v. D.S. Kim et al.</u>, CR 06-126 (PJH), <u>United States v. Elpida Memory</u>, CR 06-0059 (PJH), <u>United States v. Samsung Electronics Company, Limited and Samsung Semiconductor, Inc.</u>, CR 05-643 (PJH), <u>United States v. Hynix Semiconductor Inc.</u>, CR 05-249 (PJH), <u>United States v.</u>

Stipulated Notice of Related Cases
CR 06-0180 CRB                                    2

Infineon Technologies AG, CR 04-299 (PJH), and United States v. T. Rudd Corwin et al., CR 04-397 (PJH). The United States and the Samsung Defendants jointly request relating this case to Judge Hamilton.

A chronological history of these related criminal cases follows. On September 15, 2004, the United States filed an Information in United States v. Infineon Technologies AG, charging Infineon with participating in a conspiracy to fix the prices of DRAM sold to certain computer manufacturers. On October 20, 2004, Infineon pled guilty for participating in the price-fixing conspiracy and was sentenced to pay a $160 million fine before Judge Hamilton. On December 2, 2004, the United States filed an Information in United States v. T. Rudd Corwin et al., charging four individual defendants with participating in the same price-fixing conspiracy in the DRAM industry. On December 15, 2004, Judge Hamilton sentenced each of the four individuals. On April 21, 2005, the United States filed an Information in United States v. Hynix Semiconductor Inc., charging Hynix with participating in the DRAM price-fixing conspiracy. On May 11, 2005, Hynix pled guilty for participating in the price-fixing conspiracy and was sentenced by Judge Hamilton to pay a $185 million fine. On October 13, 2005, the United States filed an Information in United States v. Samsung Electronics Company, Limited and Samsung Semiconductor, Inc., charging Samsung with participating in the DRAM price-fixing conspiracy. On November 30, 2005, Samsung pled guilty for participating in the price-fixing conspiracy and was sentenced by Judge Hamilton to pay a $300 million. On January 30, 2006, the United States filed an Information in United States v. Elpida Memory, Inc., charging Elpida with participating in the DRAM price-fixing conspiracy. That case too was ordered related and sentencing before Judge Hamilton is set for March 22, 2006. Finally, on March 1, 2006, the United States filed an Information in United States v. D.S. Kim et al., charging four individual defendants with participating in the DRAM price fixing conspiracy. On March 15, 2006, Judge Hamilton sentenced each of the four individuals.

The Information against the Samsung Defendants charges that the Samsung Defendants participated in the DRAM price-fixing conspiracy. There are common events and occurrences

alleged in this case and the six predecessor cases pending before Judge Hamilton.

The assignment of this case to Judge Hamilton is therefore likely to conserve judicial resources and to promote an efficient determination of the action.

Dated: March 22, 2006

Respectfully submitted,

| | |
|---|---|
| SUN WOO LEE | U.S. DEPARTMENT OF JUSTICE |
| BY:_____<br>Douglas R. Young<br>Farella, Braun & Matel<br>Russ Building<br>235 Montgomery Street<br>San Francisco, CA 94104<br>Tel: (415) 954-4438<br>Fax: (415) 954-4480 | BY: /s/ Niall E. Lynch<br>Niall E. Lynch, CA No. 157959<br>Nathanael M. Cousins, CA No. 177944<br>May Y. Lee, CA No. 209366<br>Brigid S. Biermann, CA No. 231705<br>Trial Attorneys<br>U.S. Department of Justice<br>Antitrust Division<br>450 Golden Gate Avenue<br>Box 36046, Room 10-0101<br>San Francisco, CA 94102<br>Tel: (415) 436-6660<br>Fax: (415) 436-6687 |

YEONGHO KANG

BY:_____
Edward Davis, Jr.
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94104
Tel: (415) 773-5700
Fax: (415) 773-5759


YOUNG WOO LEE

BY:_____
Steven G. Madison
Quinn Emanuel
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Stipulated Notice of Related Cases
CR 06-0180 CRB                                   4

alleged in this case and the six predecessor cases pending before Judge Hamilton.

The assignment of this case to Judge Hamilton is therefore likely to conserve judicial resources and to promote an efficient determination of the action.

Dated: March 22, 2006

Respectfully submitted,

SUN WOO LEE

BY: /s/ Douglas R. Young
Douglas R. Young
Farella, Braun & Matel
Russ Building
235 Montgomery Street
San Francisco, CA 94104
Tel: (415) 954-4438
Fax: (415) 954-4480

YEONGHO KANG

BY:_____
Edward Davis, Jr.
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94104
Tel: (415) 773-5700
Fax: (415) 773-5759

YOUNG WOO LEE

BY:_____
Steven G. Madison
Quinn Emanuel
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

U.S. DEPARTMENT OF JUSTICE

BY:_____
Niall E. Lynch, CA No. 157959
Nathanael M. Cousins, CA No. 177944
May Y. Lee, CA No. 209366
Brigid S. Biermann, CA No. 231705
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Tel: (415) 436-6660
Fax: (415) 436-6687

Stipulated Notice of Related Cases
CR 06-0180 CRB                                            4

1 alleged in this case and the six predecessor cases pending before Judge Hamilton.

2     The assignment of this case to Judge Hamilton is therefore likely to conserve judicial
3 resources and to promote an efficient determination of the action.

4 Dated: March 22, 2006

5 Respectfully submitted,

6 SUN WOO LEE                                          U.S. DEPARTMENT OF JUSTICE

8 BY:_____                BY:_____
Douglas R. Young                              Niall E. Lynch, CA No. 157959
9 Farella, Braun & Matel                       Nathanael M. Cousins, CA No. 177944
Russ Building                                        May Y. Lee, CA No. 209366
10 235 Montgomery Street                     Brigid S. Biermann, CA No. 231705
San Francisco, CA 94104                  Trial Attorneys
11 Tel: (415) 954-4438                           U.S. Department of Justice
Fax: (415) 954-4480                           Antitrust Division
12                                                     450 Golden Gate Avenue
13                                                     Box 36046, Room 10-0101
San Francisco, CA 94102
14                                                     Tel: (415) 436-6660
Fax: (415) 436-6687
15 YEONGHO KANG

16 BY: *Pamela R. Davis* /for/
17 Edward Davis, Jr.
Orrick, Herrington & Sutcliffe LLP
18 405 Howard Street
San Francisco, CA 94104
19 Tel: (415) 773-5700
Fax: (415) 773-5759

21 YOUNG WOO LEE

23 BY:_____
Steven G. Madison
24 Quinn Emanuel
865 S. Figueroa Street, 10th Floor
25 Los Angeles, CA 90017
Tel: (213) 443-3000
26 Fax: (213) 443-3100

Stipulated Notice of Related Cases
CR 06-0180 CRB                                4

alleged in this case and the six predecessor cases pending before Judge Hamilton.

The assignment of this case to Judge Hamilton is therefore likely to conserve judicial resources and to promote an efficient determination of the action.

Dated: March 22, 2006

Respectfully submitted,

SUN WOO LEE

BY:_____
Douglas R. Young
Farella, Braun & Matel
Russ Building
235 Montgomery Street
San Francisco, CA 94104
Tel: (415) 954-4438
Fax: (415) 954-4480

YEONGHO KANG

BY:_____
Edward Davis, Jr.
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94104
Tel: (415) 773-5700
Fax: (415) 773-5759

YOUNG WOO LEE

BY:_____
Steven G. Madison
Quinn Emanuel
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

U.S. DEPARTMENT OF JUSTICE

BY:_____
Niall E. Lynch, CA No. 157959
Nathanael M. Cousins, CA No. 177944
May Y. Lee, CA No. 209366
Brigid S. Biermann, CA No. 231705
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Tel: (415) 436-6660
Fax: (415) 436-6687

Stipulated Notice of Related Cases
CR 06-0180 CRB                                           4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA | ) | Case No. CR 06-0126 |
|---|---|---|
| v. | ) | |
| SUN WOO LEE, YEONGHO KANG, and YOUNG WOO LEE | ) | [~~PROPOSED~~] ORDER |
| | ) | RELATED CRIMINAL CASES |
| Defendants. | ) | |

This Court has considered the Stipulated Notice of Related Cases in a Criminal Action under Crim. L. R. 8-1, jointly filed by the United States and defendants Sun Woo Lee, Yeongho Kang, and Young Woo Lee. Because the assignment of <u>United States v. Sun Woo Lee, Yeongho Kang, and Young Woo Lee</u>, to Judge Phyllis Hamilton is likely to conserve judicial resources and promote an efficient determination of the action, it is ordered that this case is transferred to Judge Hamilton.

Date: ___March 28___, 2006



IT IS SO ORDERED
Judge Phyllis J. Hamilton

## CERTIFICATE OF SERVICE

I, Niall E. Lynch, certify:

That I am a citizen of the United States and am employed by the U.S. Department of Justice, Antitrust Division, at 450 Golden Gate Avenue, Room 10-0101, San Francisco, CA 94102; I am over the age of eighteen years; and am not a party to the within action.

That on March 24, 2006, I sent by fax and United States mail a copy of the following pleadings to each of the parties listed in the foregoing Stipulation.

**1. Stipulated Notice of Related Cases in a Criminal Action**

**2. [Proposed] Order on Stipulated Notice of Related Case in a Criminal Action**

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 24, 2006, at San Francisco, California.

_____
Niall E. Lynch